IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TAVARES RUMPH,

    *Petitioner*,

v.                                Case No.: 4:24cv191-MW/MJF

RICKY DIXON,

    *Respondent*.

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 20. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 20, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The petition for writ of habeas corpus, ECF No. 1, challenging Petitioner's judgment of conviction in *State of Florida v. Tavares D. Rumph*, Leon County Circuit Court Case No. 2013-CF-2184, is **DENIED**." A certificate of appealability is **DENIED**. The Clerk shall

close the file.

    **SO ORDERED on January 6, 2025.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**